Exhibit A

**IN THE COURTS OF THE COMMON PLEAS
PORTAGE COUNTY, OHIO**

FILED
COURT OF COMMON PLEAS

JUN 0 8 2026

JILL FANKHAUSER, Clerk
PORTAGE COUNTY, OH

| | |
|---|---|
| **DINESH KUMAR YECHURI**<br>**1650 Mulberry Court, 218**<br>**Kent, OH 44240** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) **2026CV00552** |
| | ) |
| **Plaintiff,** | ) **Case No.:**  **JUDGE BECKY L. DOHERTY** |
| | ) |
| **v.** | ) **Judge:** |
| | ) |
| **HEYL TRUCK LINES, INC.** | ) **PLAINTIFF'S COMPLAINT FOR** |
| **PO Box 500** | ) **PERSONAL INJURIES** |
| **Akron, IA   51001** | ) |
| | ) |
| **and** | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| **ANTHONY R. PRYOR** | ) |
| **5702 W Vienna Ave** | ) |
| **Milwaukee, WI 53216** | ) |
| | ) |
| **and** | ) |
| | ) |
| **JOHN DOE 1-2** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

NOW COMES Plaintiff, Dinesh Kumar Yechuri, hereinafter referred to as "Plaintiff", by and through the undersigned Counsel, and alleges the following facts and circumstances in support of this Complaint:

**COUNT I - DEFENDANT ANTHONY R. PRYOR AND/OR JOHN DOE #1**

1.    On or about August 19, 2025, Plaintiff was operating a motor vehicle in the City

of Kent, Portage County, Ohio. At the same time and location, Defendant Anthony R. Pryor and/or John Doe #1, whose name and address could not be discovered by Plaintiff, hereinafter referred to as Defendant Pryor, was operating a commercial vehicle when he negligently attempted to change lanes, directly and proximately causing his vehicle to strike Plaintiff's vehicle, causing serious bodily harm and injury.

2. As a direct and proximate result of Defendant's negligence, Plaintiff suffered injuries to his body causing pain and suffering and will continue to suffer said pain and suffering into the future and upon a permanent basis.

3. As a further direct and proximate result of Defendant's negligence, Plaintiff incurred medical and hospital expenses and expects to incur such expenses in the future.

4. As a further direct and proximate result of Defendant's negligence, Plaintiff has incurred lost income and/or will suffer future loss of income and have incurred a loss of earning capacity.

5. As a further direct and proximate result of Defendant's negligence, Plaintiff suffered property and related damages.

## COUNT II – DEFENDANT HEYL TRUCK LINES, INC. AND/OR JOHN DOE #2

6. Paragraphs 1 through 5 are incorporated by reference as if set fort fully herein.

7. Upon information and belief, and at all relevant times it is believed that Defendant Pryor and/or John Doe #1, was working within the course and scope of his employment with Defendants Heyl Truck Lines, Inc, and/or John Doe #2, hereinafter referred to as Defendants Heyl Truck Lines, who were therefore responsible for is actions by virtue of their common law, statutory, and/or vicarious liability under a theory of respondeat superior.

8. As a result of Defendant's negligence described above, Plaintiff suffered and will

continue to suffer injuries and damages previously set forth in Count I of this Complaint.

WHEREFORE, under Count I, Plaintiff demand judgment against Defendants Pryor and/or John Doe #1, jointly and severally, for damages in an amount greater than twenty-five thousand dollars ($25,000.00), plus interest and costs; under Count II, Plaintiff demands judgment against Defendants Heyl Truck Lines, Inc and/or John Doe #2, jointly and severally, for damages in an amount greater than twenty-five thousand dollars ($25,000.00), plus interest and costs.

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and demands a jury of eight (8) to hear the within cause.

This the 2nd day of June, 2026

Respectfully submitted,

**MONGE & ASSOCIATES**

*/s/* Victoria Holcomb
Victoria Holcomb (#0102080)
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
(380) 242-2579 telephone
(678) 579-0204 facsimile
Email: Victoria.holcomb@monge.lawyer
*Attorney for Plaintiffs*

**PORTAGE COUNTY COMMON PLEAS COURT**
**JILL FANKHAUSER CLERK**
**203 WEST MAIN STREET**
**RAVENNA OH 44266**
**PHONE NUMBER (330) 297-____**
**FAX NUMBER (330) 297-4554**
WWW.CO.PORTAGE.OH.US

FILED
COURT OF COMMON PLEAS

**JUN 0 8 2026**

JILL FANKHAUSER, Clerk
PORTAGE COUNTY, OH

**2026CV00552**

**JUDGE BECKY L. DOHERTY**

THE CASE DESIGNATION SHEET MUST BE COMPLETED WHEN FILING A NEW COMPLAINT.
PLEASE CIRCLE ONE OF THE DESIGNATIONS LISTED BELOW:

## CIVIL DESIGNATIONS

☐ A.   PROFESSIONAL TORT

☐ B.   PRODUCT LIABILITY

☑ C.   OTHER TORT

☐ D.   WORKERS COMPENSATION

☐ E.   FORECLOSURE

☐ F.   ADMINISTRATIVE APPEAL

☐ H.   OTHER CIVIL

☐ PLEASE CHECK IF THIS CASE IS; VIOLATION OF OHIO MORTGAGE BROKER ACT OHIO REVISED CODE 1345 .09(E)

FILED
COURT OF COMMON PLEAS
JUN 0 8 2026
JILL FANKHAUSER, Clerk
PORTAGE COUNTY, OH

## IN THE COURT OF COMMON PLEAS
## PORTAGE COUNTY, OHIO

### INSTRUCTIONS FOR SERVICE

| | |
|---|---|
| DINESH KUMAR YECHURI | ) |
| | ) |
| Plaintiff(s), | ) CASE FILE NO: **2026CV00552** |
| | ) |
| v. | ) JUDGE: |
| | ) **JUDGE BECKY L. DOHERTY** |
| HEYL TRUCK LINES, INC., et. al. | ) |
| | ) |
| Defendant(s), | ) |

### TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:

CERTIFIED MAIL SERVICE **XX**   ORDINARY MAIL SERVICE ____

PERSONAL SERVICE BY THE SHERIFF OF _____ COUNTY ____

RESIDENCE SERVICE BY THE SHERIFF OF _____ COUNTY ____

PERSONAL SERVICE BY PROCESS SERVER _____

RESIDENT SERVICE BY PROCESS SERVER _____

OF THE FOLLOWING DOCUMENTS: SUMMONS; PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES

UPON:

| | |
|---|---|
| HEYL TRUCK LINES, INC.<br>PO Box 500<br>AKRON, IA 51001 | |
| ANTHONY R. PRYOR<br>5702 W Vienna Ave<br>Milwaukee, WI 53216 | |
| | |

| | |
|---|---|
| Victoria Holcomb, Esq. / 0102080<br>**Attorney Name & Supreme Court ID No.**<br><br>(380) 242-2579<br>**Phone Number** | 8205 Dunwoody Pl., Bldg. 19, Atlanta, GA 30350<br>**Address, City, State, Zip Code** |

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2026CV00552**

**CIVIL SUMMONS**

| FILED |
| :---: |
| COURT OF COMMON PLEAS |
| 06/10/2026 |
| |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

DINESH KUMAR YECHURI, et al
**PLAINTIFF(S)**

**VS**

HEYL TRUCK LINES INC, et al
**DEFENDANT(S)**

TO:     HEYL TRUCK LINES INC
        PO BOX 500
        AKRON IA 51001

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

VICTORIA HOLCOMB 8205 DUNWOODY PLACE BLDG 19   ATLANTA GA 30350

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

*Linda Pierson*

Deputy Clerk                                          SCANNED

CC:     HEYL TRUCK LINES INC

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2026CV00552**

**CIVIL SUMMONS**

```
FILED
COURT OF COMMON PLEAS
06/10/2026

JILL FANKHAUSER, CLERK
PORTAGE COUNTY, OHIO
```

DINESH KUMAR YECHURI, et al
**PLAINTIFF(S)**

**VS**

HEYL TRUCK LINES INC, et al
**DEFENDANT(S)**


TO:     ANTHONY R PRYOR
        5702 W VIENNA AVE
        MILWAUKEE WI 53216


**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

VICTORIA HOLCOMB 8205 DUNWOODY PLACE BLDG 19   ATLANTA GA 30350

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

*Linda Pierson*

Deputy Clerk                                        **SCANNED**

**CC:**     HEYL TRUCK LINES INC

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2026CV00552**

**CIVIL SUMMONS**

| FILED |
| :---: |
| COURT OF COMMON PLEAS |
| 06/10/2026 |
| |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

DINESH KUMAR YECHURI, et al
**PLAINTIFF(S)**

**VS**

HEYL TRUCK LINES INC, et al
**DEFENDANT(S)**

TO:    File Copy

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

VICTORIA HOLCOMB 8205 DUNWOODY PLACE BLDG 19   ATLANTA GA 30350

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

*Linda Pierson*

Deputy Clerk                                                    **SCANNED**

**CC:**    **HEYL TRUCK LINES INC**

**UNITED STATES POSTAL SERVICE**

# 2026 CV 552 - DOHERTY

Date Produced: 06/22/2026

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0900 0055 6690 0972 97. Our records indicate that this item was delivered on 06/16/2026 at 08:53 a.m. in AKRON, IA 51001. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     PO BOX 500
AKRON, IA 51001-0500

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        8032080 36386837

**CERTIFIED MAIL**

#23

JILL K. FANKHAUSER, CLERK OF COURTS
PORTAGE COUNTY COMMON PLEAS
P.O. BOX 1035
RAVENNA, OHIO 44266-1035



CLEVELAND OH 440

12 JUN 2026 PM 3 L

FILED
COURT OF COMMON PLEAS

JUN 29 2026

JILL FANKHAUSER, Clerk
PORTAGE COUNTY, OH

US POSTAGE ™ PITNEY BOWES

ZIP 44266 $ 008.86°
02 7W
0008032080 JUN. 12. 2026.

9489 0900 0055 6690 0973 03



2026CV00552

ANTHONY R PRYOR
5702 W VIENNA AVE
MILWAUKEE, WI 53216

NIXIE 530 DE 1 0005/21/26

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 44266103535 *0373-03942-12-44

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

Case Number: 2026CV00552

**CIVIL SUMMONS**

```
                    FILED
           COURT OF COMMON PLEAS
                 06/10/2026

           JILL FANKHAUSER, CLERK
           PORTAGE COUNTY, OHIO
```

DINESH KUMAR YECHURI, et al
**PLAINTIFF(S)**

**VS**

HEYL TRUCK LINES INC, et al
**DEFENDANT(S)**

TO:   ANTHONY R PRYOR
      5702 W VIENNA AVE
      MILWAUKEE WI 53216

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

VICTORIA HOLCOMB 8205 DUNWOODY PLACE BLDG 19   ATLANTA GA 30350

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

*Linda Pierson*

Deputy Clerk                                   **SCANNED**

**CC:**   HEYL TRUCK LINES INC

FILED
COURT OF COMMON PLEAS

06/30/2026

JILL FANKHAUSER, CLERK
PORTAGE COUNTY, OHIO

VICTORIA HOLCOMB
8205 DUNWOODY PLACE BLDG 19
ATLANTA GA 30350

## In The Court of Common Pleas Portage County, Ravenna Ohio

Case Number:  2026CV00552

**DINESH KUMAR YECHURI**
 **PLAINTIFF**

 **VS**

**HEYL TRUCK LINES INC et al**
 **DEFENDANT**

## NOTICE OF FAILURE OF SERVICE

You are hereby notified of the failure of service upon:

ANTHONY R PRYOR      -      UNABLE TO FWD

By CERTIFIED Pursuant to Rule 4 Through Rule 4.6 of Ohio Rules of Civil Procedure

**Jill Fankhauser, Clerk of Courts**

CJones

**Deputy Clerk**

                              **SCANNED**

FILED
COURT OF COMMON PLEAS
JUL 01 2026
JILL FANKHAUSER, Clerk
PORTAGE COUNTY, OH

IN THE COURT OF COMMON PLEAS
PORTAGE COUNTY, OHIO

DINESH KUMAR YECHURI,

                    Plaintiff,

vs.

HEYL TRUCK LINES, INC., et al.,

                    Defendants.

CASE NO.  2026CV00552

JUDGE BECKY L. DOHERTY

**NOTICE OF APPEARANCE**

    Please take notice that the undersigned attorneys hereby enter their appearance on behalf of Defendant Heyl Truck Lines, Inc. in the above-captioned matter. Please direct all future pleadings, motions, orders, and other papers to the undersigned.

                            Respectfully submitted,
                            /s/ *Noah M. Ritchey*
                            Christopher E. Cotter (84021)
                            ccotter@ralaw.com
                            Noah M. Ritchey (0106822)
                            nritchey@ralaw.com
                            Roetzel & Andress, LPA
                            222 S. Main St., Suite 400
                            Akron, OH 44308
                            Phone No.:  330.376.2700
                            Fax No.:  330.376.4577
                            ***Attorneys for Defendant Heyl Truck Lines, Inc.***

25060278 _1  135406.0099

## PROOF OF SERVICE

A copy of the foregoing was served on the 1st day of July 2026 pursuant to Civ.R. 5(B)(2)(f)

by sending it via electronic mail or regular mail to the addresses provided below:

Victoria Holcomb, Esq.
Monge & Associates
8205 Dunwoody Place, Building 19
Atlanta, GA 30350
Victoria.holcomb@monge.lawyer
*Attorney for Plaintiff*

Anthony R. Pryor
5702 W Vienna Ave
Milwaukee, WI 53216

/s/ *Noah M. Ritchey*
Noah M. Ritchey, Esq.

2

25060278 _1 135406.0099

IN THE COURT OF COMMON PLEAS
PORTAGE COUNTY, OHIO

| | |
|---|---|
| DINESH KUMAR YECHURI, | CASE NO.   2026CV00552 |
| Plaintiff, | JUDGE BECKY L. DOHERTY |
| vs. | **NOTICE OF FILING OF REMOVAL TO FEDERAL COURT OF DEFENDANT HEYL TRUCK LINES, INC.** |
| HEYL TRUCK LINES, INC., et al., | |
| Defendants. | |

Please take notice that Defendant, Heyl Truck Lines, Inc., by and through counsel, has on this 14th day of July, 2026, filed its Notice of Removal to Federal Court, a copy of which is appended hereto, in the office of the Clerk in the United States District Court for the Northern District of Ohio, Eastern Division. Pursuant to 28 U.S.C. §§ 1441 and 1446, these proceedings are to be removed to the United States District Court of Ohio, Northern District, Eastern Division.

Pursuant to 28 U.S.C. § 1446(D), the state court shall proceed no further unless and until this case is remanded by the United States District Court. A copy of said Notice of Removal is attached hereto.

Respectfully submitted,

/s/ *Christopher E. Cotter*

Christopher E. Cotter (84021)
ccotter@ralaw.com
Noah M. Ritchey (0106822)
nritchey@ralaw.com
Roetzel & Andress, LPA
222 S. Main St., Suite 400
Akron, OH 44308
Phone No.:  330.376.2700
Fax No.:  330.376.4577

*Attorneys for Defendant Heyl Truck Lines, Inc.*

#25068898_v1 135406.0099

## **PROOF OF SERVICE**

A copy of the foregoing was served on the 14th day of July 2026 pursuant to Civ.R. 5(B)(2)(f) by sending it via electronic mail or regular mail to the addresses provided below:

Victoria Holcomb, Esq.
Monge & Associates
8205 Dunwoody Place, Building 19
Atlanta, GA 30350
(380) 242-2579
Victoria.holcomb@monge.lawyer

*Attorney for Plaintiff*

Anthony R. Pryor
5702 W Vienna Ave
Milwaukee, WI 53216

/s/ *Christopher E. Cotter*
Christopher E. Cotter, Esq.

2

#25068898_v1 135406.0099